**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 122 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| EDGAR L. GUIHER, JR., | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.